## THOMAS SMITH *v.* VIOLET SMITH.

### NO. 2766.

FILED MARCH 11, 1952.          DECIDED OCTOBER 27, 1952.

TOWSE, C. J., LE BARON AND STAINBACK, JJ.

*Per Curiam.* Appellant's petition for a rehearing contains no assertion that the opinion of the court reported *ante* page 245, is erroneous or premised upon erroneous principles of law; nor does it contain any new matter not carefully and fully considered by the court in rendering that opinion.

The petition for rehearing is denied without argument.

*Robertson, Castle & Anthony*
    for the petition.